**UNITED STATES BANKRUPTCY COURT**

### District of Delaware

**VOLUNTARY PETITION**

| Name of Debtor (if individual, enter Last, First, Middle): <br> Millennium Lab Holdings II, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br>(if more than one, state all): <br> 46-5355299 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> 16981 Via Tazon, Suite F <br> San Diego, California <br>     ZIP CODE 92127 | Street Address of Joint Debtor (No. and Street, City, and State): <br>     ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> San Diego | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br>     ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br>     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br>     ZIP CODE | |

| **Type of Debtor** <br> (Form of Organization) <br> (Check **one** box.) | **Nature of Business** <br> (Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |

| **Chapter 15 Debtors** <br> Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** <br> (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** <br> (Check **one** box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). <br> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - <br> Check all applicable boxes: <br> ☑ A plan is being filed with this petition. <br> ☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☑ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☑ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Millennium Lab Holdings II, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: Please see Schedule 1 | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: Affiliate | Judge: Same |

---

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities and Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)        (Date)

---

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

---

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

---

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Millennium Lab Holdings II, LLC |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Anthony W. Clark
_____
Signature of Attorney for Debtor(s)
Anthony W. Clark
Printed Name of Attorney for Debtor(s)
Skadden, Arps, Slate, Meagher & Flom LLP
Firm Name
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899
Address
(302) 651-3000
Telephone Number
11/10/2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ W. Brock Hardaway
_____
Signature of Authorized Individual
W. Brock Hardaway
Printed Name of Authorized Individual
Chief Executive Officer
Title of Authorized Individual
11/10/2015
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## **SCHEDULE 1**
## SCHEDULE OF DEBTORS

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Substantially contemporaneously with the filing of these petitions, these entities filed a motion requesting that their respective chapter 11 cases be jointly administered for procedural purposes only.

| DEBTOR | TAX ID NO |
| --- | --- |
| Millennium Lab Holdings II, LLC | 46-5355299 |
| Millennium Health, LLC | 26-1565558 |
| RxAnte, LLC | 45-4040219 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
In re:                                  :    Chapter 11
                                        :
MILLENNIUM LAB HOLDINGS II, LLC,        :    Case No. 15-_____ (___)
                                        :
16981 Via Tazon, San Diego, California, :    Tax I.D. No. 46-5355299
92127,                                  :
                    Debtor.             :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CONSOLIDATED LIST OF CREDITORS HOLDING
TWENTY LARGEST UNSECURED CLAIMS**

      Set forth below is a list of creditors holding the twenty largest unsecured claims against Millennium Lab Holdings II, LLC and certain of its subsidiaries (collectively, the "Debtors"), as of approximately November 10, 2015. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

      The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among holders of the largest unsecured claims.

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim (if secured, also state value of security)* |
|---|---|---|---|---|
| United States of America, United States Department of Justice, U.S. Attorney's Office, District of Massachusetts, United States Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston  MA 02210 | George B. Henderson, II<br>Abraham R. George<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210<br><br>Douglas J. Rosenthal<br>Augustine M. Ripa<br>U.S. Department of Justice<br>Fraud Section, Civil Division<br>Patrick Henry Building<br>601 D Street NW, Room 9209<br>Washington DC 20004 | Government settlement | | $206,000,000.00 |
| United Healthcare, 9700 Health Care Lane, Minnetonka, MN 55343 | ATTN: Vice President, National Lab Network, United Healthcare, 9700 Health Care Lane, Minnetonka, MN 55343 | Private payor settlement | | 15,000,000.00 |
| OneBeacon Surety Group, 605 Highway 169 North, Suite 800, Plymouth, MN  55441 | Terry Dahl, (212) 440-6550 Vice President Claims Counsel, OneBeacon Surety Group, 77 Water St, 17th Floor, New York, NY 10005 | Judgment | Contingent | 8,982,312.87 |
| Zempleo Inc., 4000 Executive Parkway, Suite 240, San Ramon, CA, 94583 | Accounts Receivable Department<br>(925) 444-2883 | Trade | | 344,763.58 |

2

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured, also state value of security)* |
| Suna Solutions, Inc., 4000 Executive Parkway, Suite 240, San Ramon, CA, 94583 | Dan DiLullo PHR Director of Operations Suna Solutions, Inc. (925) 913-4172 \| | Trade | | 330,880.11 |
| Aerotek Inc., 7301 Parkway Dr., Hanover, MD 21076 | | Trade | | 270,806.04 |
| Blue Shield of CA/Health Ins., File 55331, Los Angeles, CA 90074-5331 | | Health Insurance | | 265,000.00 |
| SDG & E, PO Box 25110, Santa Ana, CA 92799-5110 | | Utility | | 183,000.00 |
| American Express, Box 0001, Los Angeles, CA 90096-8000 | | Trade | | 153,358.46 |
| Primero Systems, PO Box 720490, San Diego, CA 92172-0490 | | Trade | | 140,687.89 |
| AETNA, PO Box 14020, ATTN: Overpayment Recoveries, Lexington, KY 40512 | | Payor refund | | 137,904.21 |
| Pathway Genomics Corporation, 4755 Nexus Center Drive, San Diego, CA 92121 | | Trade | | 125,000.00 |
| Andwin Scientific Clinical, P.O. Box 689, Woodland Hills, CA 91365 | Razel Alona (818)999-2828 x4214 ralona@andwin.com | Trade | | 95,188.66 |
| Kura Biotech (La Piedra Biotecnologia Spa), Gnechen J2, Puerto Varas, Chile 5551117 | Ana Humada +56 65 2234655 a.ahumada@kurabiotec.com | Trade | | 90,000.00 |

3

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004-1206 | | Trade | | 88,392.92 |
| Moody's Investment, PO Box 102597, Atlanta, GA 30368-0597 | | Trade | | 61,666.72 |
| Solomon Page Group LLC, P O BOX 75314, Chicago IL, 60675-5314 | Pablo Espinal 212-403-7182 pespinal@solomonpage.com | Trade | | 56,109.00 |
| Orrick Herrington & Sutcliffe LLP, 2050 Main St # 1100, Irvine, CA 92614 | | Trade | | 55,000.00 |
| KPMG LLP, Dept 0906, P O Box 120906, Dallas, TX 75312-0906 | | Trade | | 46,000.00 |
| Kipu Systems LLC, 444 Brickell Avenue, Suite 850, Miami FL 33131 | Mercedes Net 561-349-5941 Mercedes.net@kipusystems.com | Trade | | 41,724.00 |

4

## DECLARATION

I, W. Brock Hardaway, an authorized signatory for the Debtors in this case, declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding Twenty Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: San Diego, California
         November 10, 2015

                                        By:    /s/ W. Brock Hardaway
                                        Name: W. Brock Hardaway

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| MILLENNIUM LAB HOLDINGS II, LLC, | : | Case No. 15-_____ (___) |
|  | : |  |
| 16981 Via Tazon, San Diego, California, 92127, | : | Joint Administration Pending |
|  | : |  |
| Debtor. | : | Tax I.D. No. 46-5355299 |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY SECURITY HOLDERS OF <u>MILLENNIUM LAB HOLDINGS II, LLC</u>

The attached organizational chart identifies all entities in which the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") owns an interest.

In addition, pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of the Debtor certifies that the following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: TA Millennium, Inc. and affiliates (100% of Class A units); Millennium Lab Holdings, Inc. (100% of Class B units); MLHCU, LLC (100% of Class C units); William Brock Hardaway and Martin Price (36.2% and 13.0%, respectively, of MLHCU, LLC's Profit Interests Units and Fixed Liquidity Units); James Slattery and affiliates (100% of Millennium Lab Holdings, Inc.).

## DECLARATION

I, W. Brock Hardaway, an authorized signatory for the Debtor in this case, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: San Diego, California
      November 10, 2015

By:      /s/ W. Brock Hardaway
Name: W. Brock Hardaway



# MILLENNIUM LAB HOLDINGS II, LLC

## Secretary's Certificate

      The undersigned, being the Secretary of Millennium Lab Holdings, LLC, a Delaware limited liability company (the "Company"), does hereby certify as follows:

      Attached hereto as <u>Annex A</u> is a true, correct and complete copy of the resolutions duly adopted by the Board of Managers of the Company on November 10, 2015 (the "Resolutions"), and such Resolutions have not been modified or rescinded and are in full force and effect.

      IN WITNESS WHEREOF, the undersigned, has executed and caused this certificate to be delivered as of November 10, 2015.

MILLENNIUM LAB HOLDINGS II, LLC

By:   /s/ Heidi Smith
      Name:  Heidi Smith
      Title:  Secretary

**RESOLUTIONS OF**
**THE BOARD OF MANAGERS OF**
**MILLENNIUM LAB HOLDINGS II, LLC**

**NOVEMBER 10, 2015**

WHEREAS, the Board of Managers of Millennium Lab Holdings II, LLC, a Delaware limited liability company (the "Company"), **DOES HEREBY CONSENT** to the taking of the following actions and **DOES HEREBY ADOPT** the following resolutions pursuant to the Company's bylaws and the Limited Liability Company Act of the State of Delaware;

WHEREAS, the Board of Managers has considered presentations by the management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business, creditors, and other parties in interest;

WHEREAS, the Board of Managers has had the opportunity to consult with the Company's management and financial and legal advisors and fully consider each of the strategic alternatives available to the Company;

WHEREAS, the Board of Managers has been presented with a proposed petition to be filed by the Company in the United Stated Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought;

WHEREAS, the Board of Managers, having considered the financial and operational aspects of the Company's business and the best course of action to maximize value, deem it advisable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT

RESOLVED, that in the judgment of the Board of Managers it is desirable and in the best interests of the Company, its subsidiaries, creditors, employees, stakeholders and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that the officers of the Company, or any one of them (collectively, the "Officers"), be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute and verify a petition in the name of

the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Officer(s) executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be executed, verified and/or filed (or direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, statements, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals, and to take any and all action which they deem necessary and proper in connection with the chapter 11 case, including any and all action necessary or proper in connection with obtaining authorization to use cash collateral (in such amounts and on such terms as may be agreed by any Officer, including the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Company and certain of its subsidiaries and affiliates), with a view to the successful prosecution of such case including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to retain and employ professionals to render services to the Company in connection with the chapter 11 case, including, without limitation, the firm Skadden, Arps, Slate, Meagher & Flom LLP, to act as chapter 11 counsel; Young Conaway Stargatt & Taylor, LLP to act as conflicts counsel; Lazard Frères & Co., LLC to act as investment banker; Alvarez & Marsal to act as financial advisor; and Prime Clerk LLC to act as claims and noticing agent and administrative advisor; and it is further

RESOLVED, that the Officers, or any one of them, be, and each hereby is, authorized and empowered, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, financing statements, notices, undertakings or other writings referred to in the foregoing resolutions; and it is further

RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to take or cause to be taken any and all such further action and to execute, deliver, verify and/or file, or cause to be executed, delivered, verified and/or filed (or direct others to do so on its behalf as provided herein) all such further documents, agreements, instruments, financing statements, notices, undertakings, certificates and other writings to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that the Officers be, and each of them hereby is, authorized and empowered, on behalf of and in the name of the Company, to pay and direct the payment of all fees and expenses as in their judgment shall be necessary, appropriate, or

advisable in the good faith judgment of such Officers to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Board of Managers for its prior approval.