IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
MILLENNIUM LAB HOLDINGS II, LLC, et al., : Case No. 15-12284 (LSS)
: 
Debtors.[1] : Joint Administration Pending
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF
MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION**

PLEASE TAKE NOTICE that on November 10, 2015, Millennium Lab Holdings II, LLC and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that the first day hearing in these cases (the "First Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1. Debtors' Motion For Order (A) Directing Joint Administration Of Chapter 11 Cases Pursuant To Fed. R. Bankr. P. 1015(b) And Del. Bankr. L.R. 1015-1 And (b) Waiving Requirements Of 11 U.S.C. § 342(c)(1) And Fed. R. Bankr. P. 1005 And 2002(n) (Docket No. 4)

2. Debtors' Application For Appointment Of Prime Clerk LLC As Claims And Noticing Agent (Docket No. 5)

3. Debtors' Motion For Order Under 11 U.S.C. §§ 105, 341 And 521, Fed. R. Bankr. P. 1007(C) And Local Rule 1007-1(B) (I) Extending Time For Debtors To File Their

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California, 92127.

Schedules And Statements, (II) Permanently Waiving Requirement To File Same Upon Confirmation Of Debtors' Prepackaged Plan And (III) Directing The United States Trustee Not To Convene A 341 Meeting (Docket No. 6)

4. Debtors' Motion For Interim And Final Orders (I) Authorizing (A) The Continued Use Of Existing Cash Management System, Bank Accounts, Business Forms, And Deposit And Investment Practices; (B) Payment Of Related Prepetition Obligations And (C) A Waiver Of Certain Operating Guidelines Relating To Bank Accounts; And (II) Authorizing Continued Engagement In, And Accordance Of Administrative Expense Priority Status To, Intercompany Transactions Pursuant To 11 U.S.C. §§ 105(a), 345, 363, And 503, Fed. R. Bankr. P. 6003 And 6004, And Del. Bankr. L.R. 2015-2 And 4001-3 (Docket No. 7)

5. Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) And 1108, And Fed. R. Bankr. P. 6003 And 6004, To, Inter Alia, (I) Authorize, But Not Direct, The Debtors To Pay Prepetition Wages, Compensation And Employee Benefits; (II) Authorize, But Not Direct, The Debtors To Continue Certain Employee Benefit Programs In The Ordinary Course; (III) Direct All Banks To Honor Prepetition Checks For Payment Of Prepetition Employee Obligations; And (IV) Grant Other Related Relief (Docket No. 8)

6. Debtors' Motion For Order Authorizing The Debtors To Pay Certain Prepetition Taxes And Related Obligations Pursuant To 11 U.S.C. §§ 105(a), 363(b), 507(a), 541, 1107(a) And 1108, And Fed. R. Bankr. P. 6003 And 6004 (Docket No. 9)

7. Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105(a) And 366 (I) Approving Debtors' Proposed Form Of Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Objections By Utility Companies And (III) Prohibiting Utility Companies From Altering, Refusing Or Discontinuing Service (Docket No. 11)

8. Debtors' Motion For Order Authorizing Debtors To (I) Maintain Existing Insurance Policies And Pay All Insurance Obligations Arising Thereunder; (II) Renew, Revise, Extend, Supplement, Change Or Enter Into New Insurance Policies; And (III) Continue To Honor Insurance Premium Financing Obligations Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364, 1107 And 1108, And Fed. R. Bankr. P. 6003 And 6004 (Docket No. 12)

9. Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105(a), 363, 1107 And 1108, And Fed. R. Bankr. P. 6003, Authorizing The Debtors To Pay Prepetition Claims In Ordinary Course Of Business (Docket No. 13)

10. Debtors' Motion Under 11 U.S.C. §§ 105, 365, 1125, 1126, 1128, AND 1129 And Fed. R. Bankr. P. 2002, 3017, 3018, 3020, 6004, And 9019, And Del. Bankr. L.R. 3017-1 For Orders  (I)(A) Approving Prepetition Solicitation Procedures And (B) Approving Procedures For Determining Adequacy of Disclosure Statement And Considering Confirmation of Plan; (II)(A) Approving Adequacy Of Disclosure Statement And (B) Confirming Plan of Reorganization; (III) Authorizing Assumption Of USA Settlement

Agreements And Restructuring Support Agreement; And (IV) Granting Related Relief (Docket No. 16)

11. Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 363, 502, 503, And 507, Fed. R. Bankr. P. 2002, 4001, 6003, 6004, And 9014 And Del. Bankr. L.R. 4001-2 (I) Authorizing The Debtors To Use Cash Collateral; (II) Granting Adequate Protection To Prepetition Credit Parties; (III) Allowing Subrogation Claim And Granting Subrogation Claim Lien; (IV) Scheduling A Final Hearing; And (V) Granting Related Relief (Docket No. 18)

PLEASE TAKE FURTHER NOTICE that when the Debtors are notified of the date and time of the First Day Hearing, the Debtors will provide such information to the parties served with this notice.[2]

PLEASE TAKE FURTHER NOTICE that in addition to the documents listed above, the Debtors also have filed with the Bankruptcy Court the following:

(a) Declaration Of William Brock Hardaway In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings (Docket No. 3)

(b) Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC et al. (Docket No. 14)

(c) Disclosure Statement For Prepackaged Plan Of Reorganization (Docket No. 15)

(d) Declaration Of James Daloia Of Prime Clerk LLC Regarding The Solicitation Of Votes And Tabulation Of Ballots Cast On The Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC, et al. (Docket No. 17)

PLEASE TAKE FURTHER NOTICE that copies of the above referenced documents may be obtained free of charge at http://cases.primeclerk.com/millenniuminfo.

PLEASE TAKE FURTHER NOTICE that documents also are immediately available through PACER on the court's website: https://ecf.deb.uscourts.gov (login and password required).

---

[2] The Debtors will file a First Day Agenda listing those matters that are scheduled to be heard. Once filed, a copy of the First Day Agenda may be obtained through PACER on the court's website at https://ecf.deb.uscourts.gov, or free-of-charge at http://cases.primeclerk.com/millenniuminfo

PLEASE TAKE FURTHER NOTICE that documents also may be examined at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Attn: Stephen J. Della Penna, telephone (302) 651-3000.

Dated:  Wilmington, Delaware
        November 10, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Anthony W. Clark*
Anthony W. Clark (I.D. No. 2051)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman (*pro hac vice admission pending*)
Raquelle L. Kaye (*pro hac vice admission pending*)
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman (*pro hac vice admission pending*)
Matthew N. Kriegel (*pro hac vice admission pending*)
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

*Proposed Counsel for Debtors and Debtors in Possession*