IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MILLENNIUM LAB HOLDINGS II, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-12284 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that the funds and accounts identified on Exhibit A annexed hereto, in their capacity as lenders (the "Opt-Out Lenders") to certain of the above-captioned debtors-in-possession (the "Debtors"), hereby appeal to the United States District Court for the District of Delaware[2] under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8003(a) from the order of the United States Bankruptcy Court for the District of Delaware entitled *Findings of Fact, Conclusions of Law and Order (I) Approving the (A) Prepetition Solicitation Procedures, (B) Forms of Ballots, (C) Adequacy of Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, and (D) Form and Manner of Notice of Combined Hearing and Commencement of Chapter 11 Cases, and (II) Confirming the Prepackaged Joint Chapter 11 Plan of Reorganization of Millennium Lab Holdings II, LLC, et al.* (the "Confirmation Order"), dated December 14, 2015 [D.I. 195]. A copy of the Confirmation Order is attached hereto as Exhibit B.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219) ("RxAnte"). The Debtors' address is 16981 Via Tazon, San Diego, California 92127.

[2] Contemporaneously with the filing of this notice of appeal, the Opt-Out Lenders are filing a motion seeking certification of the Confirmation Order for a direct appeal to the United States Court of Appeals for the Third Circuit.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Confirmation Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| PARTY | ATTORNEYS |
|---|---|
| **Appellants**<br>The Opt-Out Lenders identified on <u>Exhibit A</u> | **LOWENSTEIN SANDLER LLP**<br>Sharon L. Levine<br>Sheila Sadighi<br>Andrew Behlmann<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br><br>-and-<br><br>**WHITEFORD, TAYLOR & PRESTON LLC**<br>Christopher M. Samis (Del. Bar No. 4909)<br>L. Katherine Good (Del. Bar No. 5101)<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, Delaware 19801<br>(302) 353-4144 |
| **Appellees**<br>Debtors | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>Anthony W. Clark<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>-and-<br><br>Kenneth S. Ziman<br>Four Times Square<br>New York, New York 10036-6522<br>(212) 735-3000<br><br>-and-<br><br>Felicia Gerber Perlman<br>Matthew N. Kriegel<br>155 N. Wacker Dr.<br>Chicago, Illinois 60606<br>(312) 407-0700 |

| PARTY | ATTORNEYS |
|---|---|
| **Interested Party**<br>United States Trustee | **OFFICE OF THE UNITED STATES TRUSTEE**<br>Juliet Sarkessian<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801<br>(302) 573-6491 |
| **Interested Party**<br>TA Millennium, Inc. | **MORRIS NICHOLS ARSHT & TUNNELL LLP**<br>Derek C. Abbott<br>Andrew R. Remming<br>1201 N. Market St., 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br> -and-<br>**GOODWIN PROCTER LLP**<br>Michael H. Goldstein<br>William P. Weintraub<br>Gregory W. Fox<br>620 Eighth Avenue<br>New York, New York 10018<br>(212) 813-8800 |

| PARTY | ATTORNEYS |
|---|---|
| **Interested Party**<br>Ad Hoc Consortium of Secured Lenders | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**<br>Steven K. Kortanek<br>Thomas M. Horan<br>Ericka F. Johnson<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>(302) 252-4320<br><br> -and-<br><br>**BROWN RUDNICK LLP**<br>Robert J. Stark<br>Sigmund S. Wissner-Gross<br>Jacob T. Beiswenger<br>7 Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br> -and-<br><br>Steven B. Levine<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200 |
| **Interested Party**<br>James Slattery | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Domenic E. Pacitti<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>(302) 426-1189<br><br> -and-<br><br>**KIRKLAND & ELLIS LLP**<br>Paul M. Basta, P.C.<br>Joshua A. Sussberg, P.C.<br>Ryan Dattilo<br>601 Lexington Avenue<br>New York, New York 10020<br>(212) 446-4800 |

Dated: December 14, 2015

Respectfully Submitted,

**LOWENSTEIN SANDLER LLP**
Sharon L. Levine
Sheila Sadighi
Andrew Behlmann
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973-597-2500 Fax: 973-597-2400
slevine@lowenstein.com
ssadighi@lowenstein.com
abehlmann@lowenstein.com
*Counsel to the Opt-Out Lenders*[3]

**WHITEFORD, TAYLOR & PRESTON LLC**

  */s/ Christopher M. Samis*
Christopher M. Samis (Del. Bar No. 4909)
L. Katherine Good (Del. Bar No. 5101)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Tel: 302-353-4144 Fax: 302-661-7950
csamis@wtplaw.com
kgood@wtplaw.com
*Delaware Counsel to the Opt-Out Lenders*

---

[3] As to all of the Opt-Out Lenders other than Axis Specialty Limited, which is represented in this matter solely by Whiteford, Taylor & Preston LLC.