# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MILLENNIUM LAB HOLDINGS II, LLC, *et al.*,[1] | Case No. 15-12284 (LSS) |
| | (Joint Administration Requested) |
| Debtors. | **Re: Docket No. 202, 203, 204 and 205** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      :
                                : SS.

NEW CASTLE COUNTY    :

I, Christopher M. Samis, Esquire, being duly sworn according to law, deposes and says that I am employed as Partner with the law firm of Whiteford, Taylor & Preston LLC, and that I caused the below-referenced pleadings to be served via electronic mail on the parties listed on Exhibit A, via hand delivery on the parties listed on Exhibit B, and via overnight delivery on the parties listed on Exhibit C on December 15, 2015:

- Notice of Appeal of Findings of Fact, Conclusions of Law and Order (I) Approving the (A) Prepetition Solicitation Procedures, (B) Forms of Ballots, (C) Adequacy of Disclosure Statement Pursuant to Sections 1125 and 1126(c) of the Bankruptcy Code, and (D) Form and Manner of Notice of Combined Hearing and Commencement of Chapter 11 Cases, and (II) Confirming the Prepackaged Joint Chapter 11 Plan of Reorganization of Millennium Lab Holdings II, LLC, et al. [Docket No. 202];

- Emergency Motion for Request for Certification of Direct Appeal to Circuit Court [Docket No. 203];

- Motion for Stay Pending Appeal of Order Confirming Amended Prepackaged Joint Plan of Reorganization of Millennium Lab Holdings II, LLC, et al. [Docket No. 204]; and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219) ("RxAnte"). The Debtors' address is 16981 Via Tazon, San Diego, California 92127.

- Motion to Shorten Notice for (I) Opt-Out Lenders Emergency Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) and (II) Motion of the Opt-Out Lenders for Stay Pending Appeal of Order Confirming Amended Prepackaged Joint Plan of Reorganization of Millennium Lab Holdings II, LLC et al. [Docket No. 205].

Dated: December 16, 2015

WHITEFORD, TAYLOR & PRESTON LLC

Christopher M. Samis (No. 4909)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
Telephone: (302) 353-4144
Facsimile: (302) 661-7950
Email: csamis@wtplaw.com

SWORN TO AND SUBSCRIBED before me this 16th day of December 2015

Notary Public

CHRISTINE M. MCALLISTER
MY COMMISSION
EXPIRES
May 6, 2016
NOTARY PUBLIC
STATE OF DELAWARE

**EXHIBIT A**
[Email Service List]

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Aerotek Inc | 7301 Parkway Dr | bcarter@aerotek.com |
| AETNA | ATTN: Overpayment Recoveries | |
| Agency for Health Care Administration | Attn: Cynthia L. Hain | cynthia.hain@ahca.myflorida.com |
| American Express | Box 0001 | emily.gentile@aexp.com |
| Andwin Scientific Clinical | Attn: Razel Alona | ralona@andwin.com |
| | | Thomas.Milch@aporter.com |
| Arnold & Porter LLP | 555 Twelfth Street, NW | Sandy.Reyes@aporter.com |
| Blue Shield of C/A Health Ins. | Don Barbella, Sr. Account Manager | don.barbella@blueshieldca.com |
| Brown Mcgarry Nimeroof, LLC | Attn: Jamie B. Nimeroff, Esq. | jnimeroff@bmnlawyers.com |
| Brown Rudnick LLP | Attn: Robert J. Stark | rstark@brownrudnick.com |
| | | rstark@brownrudnick.com |
| | | swissnergross@brownrudnick.com |
| Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Sigmund S. Wissner-Gross, Esq. and Jacob T. Beiswenger, Esq. | jbeiswenger@brownrudnick.com |
| Brown Rudnick LLP | Attn: Steven B. Levine, Esq. | slevine@brownrudnick.com |
| Delaware Attorney General | Attn Bankruptcy Dept | attorney.general@state.de.us |
| Delaware Division of Revenue | Zillah Frampton | FASNotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Attn Bankruptcy Dept | statetreasurer@state.de.us |
| Environmental Protection Agency | Attn Bankruptcy Dept | r3public@epa.gov |
| | Kevin D. Bradberry | |
| | Assistant Attorney General | |
| Georgia Medicaid Fraud Control Unit | | kbradberry@law.ga.gov |
| | | mgoldstein@goodwinprocter.com |
| | | wweintraub@goodwinprocter.com |
| Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub & Gregory W. Fox | gfox@goodwinprocter.com |
| Goodwin Procter LLP | Attn: William Weintraub & Michael Goldstein | |
| Goulston & Storrs PC | Attn: Gregoy O. Kaden, Esq. | gkaden@goulstonstorrs.com |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Internal Revenue Service | Centralized Insolvency Operation | |
| Kipu Systems LLC | Attn: Mercedes Net | Mercedes.net@kipusystems.com |
| | | joshua.sussberg@kirkland.com |
| Kirkland & Ellis LLP | Attn: Paul M. Basta & Josh A. Sussberg | paul.basta@kirkland.com |
| | | paul.basta@kirkland.com |
| | | |
| | | joshua.sussberg@kirkland.com |
| | | |
| Kirkland & Ellis LLP | Attn: Paul M. Basta, P.C., Esq., Joshua A. Sussberg, P.C., Esq. & Ryan J. Dattilo, Esq. | ryan.dattilo@kirkland.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq. | dpacitti@klehr.com |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | mbranzburg@klehr.com |
| | | US-hrscatsadmin@kpmg.com |
| KPMG LLG | Dept 0906 | us-mktwebmaster@kpmg.com |

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kura Biotech (La Piedra Biotecnologia Spa) | Attn: Ana Humada | a.ahumada@kurabiotec.com<br>j.edwards@kurabiotech.com<br>slevine@lowenstein.com |
| Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Sheila Sadighi, Esq. and Andrew Behlmann, Esq. | ssadighi@lowenstein.com<br>abehlmann@lowenstein.com |
| MFCU-Complex Civil Enforcement Bureau | Attn: Kathleen Von Hoene, Esq.;<br>Bureau Chief | Kathleen.VonHoene@myfloridalegal.com |
| Millenium Lab Holdings, II LLC | | |
| Moody's Investment | PO Box 102597 | anna.zubetsanderson@moodys.com<br>kathie.deane@moodys.com<br>michael.buonasora@moodys.com |
| Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott & Matthew R. Koch | dabbott@mnat.com<br>mkoch@mnat.com |
| Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr., Esq. & Gregory M. Wilkes, Esq. | louis.strubeck@nortonrosefulbright.com<br>greg.wilkes@nortonrosefulbright.com |
| Office of the United States Trustee | Juliet Sarkessian | |
| OneBeacon | Terry Dahl, Vice President Claims Counsel | |
| Orrick Herrington & Sutcliffe LLP | 2050 Main St | aross@orrick.com<br>gdassoff@orrick.com |
| Pathway Genomics Corporation | 4755 Nexus Center Drive | lue.thompson@pathway.com |
| Polsinelli PC | Attn: Christopher A. Ward, Esq. | cward@polsinelli.com |
| Prime Clerk LLC | Attn: David M. Smith | |
| Primero Systems | PO Box 720490 | explore@primerosystems.com<br>msaner@primerosystems.com |
| Reed Smith LLP | Attn: Emily Devan, Esq. | edevan@reedsmith.com |
| Reed Smith LLP | Attn: Marsha A. Houston, Esq. & Christopher O. Rivas, Esq. | mhouston@reedsmith.com<br>crivas@reedsmith.com |
| Riddel Williams P.S. | Attn: Travis D. Dailey | tdailey@riddellwilliams.com |
| SDG & E | PO Box 25110 | specialservicesdesk@semprautilities.com |
| Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Securities & Exchange Commission - NY Office | Attn Bankruptcy Dept | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission - Philadelphia Office | Attn Bankruptcy Dept | secbankruptcy@sec.gov |
| Seltzer Caplan McMahon Vitek, A Law Corporation | Attn: Dennis J. Wickham, Esq. | wickham@scmv.com |
| Seward & Kissel LLP | Attn: John R. Ashmead | ashmead@sewkis.com |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| Snell & Wilmer L.L.P. | Attn: Michael B. Reynolds & Brett H. Ramsaur | mreynolds@swlaw.com<br>bramsaur@swlaw.com |
| Solomon Page Group LLC | Attn: Pablo Espinal | pespinal@solomonpage.com |

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Suna Solutions, Inc. | Attn: Dan DiLullo PHR Director of Operations | info@suna.com<br>jkubiak@suna.com |
| The Daschle Group | 901 K Street NW | info@daschlegroup.com<br>tom@daschlegroup.com |
| U. S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Leah V. Lerman & Serajul F. Ali, Civil Division | |
| U.S. Department of Health & Human Services | Attn: Sylvia Mathews Burwell | |
| United Healthcare | ATTN: Vice Preseident, National Lab Network | michele_nielsen@uhc.com<br>augustine.m.ripa@usdoj.gov<br>Serajul.Ali@usdoj.gov<br>Margaret.Newell@usdoj.gov<br>Leah.V.Lerman@usdoj.gov |
| United States Attorney's Office | Attn: Douglas J. Rosenthal and Augustine M. Ripa | douglas.j.rosenthal@usdoj.gov<br>george.henderson2@usdoj.gov |
| United States Attorney's Office | Attn: George B. Henderson, II and Abraham R. George | abraham.george@usdoj.gov |
| United States Department of Justice | Attn: Margaret M. Newell | margaret.newell@usdoj.gov |
| United States Department of Justice | Attn: Margaret M. Newell | margaret.newell@usdoj.gov |
| US Attorney for Delaware | Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov |
| Washington State Office of the Attorney General | Attn: Sarah Parkman; Assistant Attorney General | SarahP4@ATG.WA.GOV<br>csamis@wtplaw.com |
| Whiteford, Taylor & Preston LLC | Attn: Christopher M. Samis, Esq. & L. Katherine Good, Esq. | kgood@wtplaw.com<br>skortanek@wcsr.com<br>thoran@wcsr.com |
| Womble Carlyle Sandridge & Rice, LLP | Attn: Steven K. Kortanek, Esq., Thomas M. Horan, Esq. & Ericka F. Johnson, Esq. | erjohnson@wcsr.com |
| Zempleo Inc | Attn: Accounts Receivable Department | jkubiak@zempleo.com |

**EXHIBIT B**
[Hand Delivery Service List]

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to Microsoft Corporation and Microsoft Licensing, GP | Brown Mcgarry Nimeroof, LLC | Attn: Jamie B. Nimeroff, Esq. | 901 Market Street | Suite 1300 | Wilmington | DE | 19801 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 |
| Counsel for James Slattery | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti, Esq. | 919 Market Street | Suite 1000 | Wilmington | DE | 19801-3062 |
| Counsel for TA Millennium, Inc. | Morris Nichols Arsht & Tunnell LLP | Attn: Derek C. Abbott & Matthew R. Koch | 1201 N. Market St., 16th Floor | P.O. Box 1347 | Wilmington | DE | 19899-1347 |
| United States Trustee District of Delaware | Office of the United States Trustee | Juliet Sarkessian | 844 King St Ste 2207 | | Wilmington | DE | 19801 |
| Counsel to BMO Capital Markets Corp. and Bank of Montreal | Polsinelli PC | Attn: Christopher A. Ward, Esq. | 222 Delaware Ave. | Suite 1101 | Wilmington | DE | 19801 |
| Counsel for Bank of America Leasing & Capital | Reed Smith LLP | Attn: Emily Devan, Esq. | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 |
| Counsel for Ad Hoc Consortium of Secured Lenders ("Ad Hoc Consortium") | Womble Carlyle Sandridge & Rice, LLP | Attn: Steven K. Kortanek, Esq., Thomas M. Horan, Esq. & Ericka F. Johnson, Esq. | 222 Delaware Avenue, Suite 1501 | | Wilmington | DE | 19801 |

**EXHIBIT C**
[Federal Express Service List]

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Top 20 MH | Aerotek Inc | 7301 Parkway Dr | | | Hanover | MD | 21076 |
| Top 20 | AETNA | ATTN: Overpayment Recoveries | PO Box 14020 | Mail Stop #3 | Lexington | KY | 40512 |
| Counsel to State of Florida, Agency for Health Care | Agency for Health Care Administration | Attn: Cynthia L. Hain | 2727 Mahan Dr. | | Tallahassee | FL | 32308 |
| Top 20 MH | American Express | Box 0001 | | | Los Angeles | CA | 90096-8000 |
| Top 20 MH | Andwin Scientific Clinical | Attn: Razel Alona | P.O. Box 689 | | Woodland Hills | CA | 91365 |
| Top 20 MH | Arnold & Porter LLP | 555 Twelfth Street, NW | | | Washington | DC | 20004-1206 |
| Top 20 RxA | Blue Shield of C/A Health Ins. | Don Barbella, Sr. Account Manager | 555 Anton Blvd | Suite 800 | Costa Mesa | CA | 92626 |
| Counsel to the Ad Hoc Group of Prepetition Lenders | Brown Rudnick LLP | Attn: Robert J. Stark | 7 Times Square | | New York | NY | 10036 |
| Counsel for Ad Hoc Consortium of Secured Lenders ("Ad | Brown Rudnick LLP | Attn: Robert J. Stark, Esq., Sigmund S. Wissner- | 7 Times Square | | New York | NY | 10036 |
| Counsel for Ad Hoc Consortium of Secured Lenders ("Ad | Brown Rudnick LLP | Attn: Steven B. Levine, Esq. | One Financial Center | | Boston | MA | 02111- |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| Delaware State Treasury | Delaware State Treasury | Attn Bankruptcy Dept | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 |
| Environmental Protection Agency - Region 3 | Environmental Protection Agency | Attn Bankruptcy Dept | 1650 Arch Street | | Philadelphia | PA | 19103-2029 |
| | | Kevin D. Bradberry | 200 Piedmont Ave., S.E. | | | | |
| | | Assistant Attorney General | West Tower, 19th Floor | | | | |
| Party to the DOJ settlement | Georgia Medicaid Fraud Control Unit | | | | Atlanta | GA | 30334 |
| Counsel for TA Millennium, Inc. | Goodwin Procter LLP | Attn: Michael H. Goldstein, William P. Weintraub | 620 Eighth Avenue | | New York | NY | 10018 |
| Counsel for TA Millennium, Inc. | Goodwin Procter LLP | Attn: William Weintraub & Michael Goldstein | The New York Times Building | 620 Eight Avenue | New York | NY | 10018 |
| Counsel to Humana Inc. | Goulston & Storrs PC | Attn: Gregoy O. Kaden, Esq. | 400 Atlantic Avenue | | Boston | MA | 02110-3333 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | Mail Stop 5 Q30 133 | Philadelphia | PA | 19104-5016 |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Top 20 | Kipu Systems LLC | Attn: Mercedes Net | 444 Brickell Avenue | Suite 850 | Miami | FL | 33131 |
| Counsel to Millennium Lab Holdings, Inc. | Kirkland & Ellis LLP | Attn: Paul M. Basta & Josh A. Sussberg | 601 Lexington Avenue | | New York | NY | 10022-4611 |
| Counsel for James Slattery | Kirkland & Ellis LLP | Attn: Paul M. Basta, P.C., Esq., Joshua A. | 601 Lexington Avenue | | New York | NY | 10022-4611 |
| Counsel for James Slattery | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg, Esq. | 1835 Market Street | | Philadephia | PA | 19103 |
| Top 20 | KPMG LLG | Dept 0906 | P O Box 120906 | | Dallas | TX | 75312-0906 |
| Top 20 | Kura Biotech (La Piedra Biotecnologia | Attn: Ana Humada | Gnechen J2 | | Puerto Varas | | 5551117 |
| Counsel to certain funds managed by Voya Investment | Lowenstein Sandler LLP | Attn: Sharon L. Levine, Esq., Sheila Sadighi, Esq. | | | | | |
| Management Co. LLC and Voya Alternative Asset | | and Andrew Behlmann, Esq. | 65 Livingston Avenue | | Roseland | NJ | 07068- |
| | MFCU-Complex Civil Enforcement | Attn: Kathleen Von Hoene, Esq.; | | | | | |
| Party to the DOJ settlement | Bureau | Bureau Chief | Office of the Attorney General | PL-01, The Capitol | Tallahassee | FL | 32399-1050 |
| Debtors | Millennium Lab Holdings, II LLC | | 16981 Via Tazon | | San Diego | CA | 92127 |
| Top 20 MH | Moody's Investment | PO Box 102597 | | | Atlanta | GA | 30368-0597 |
| Counsel to BMO Capital Markets Corp. and Bank of | Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr., Esq. & Gregory M. | 2200 Ross Avenue, Suite 3600 | | Dallas | TX | 75201-7932 |
| Top 20 MH | OneBeacon | Terry Dahl, Vice President Claims Counsel | OneBeacon Surety Group | 77 Water St, 17th Floor | New York | NY | 10005 |
| Top 20 MH | Orrick Herrington & Sutcliffe LLP | 2050 Main St | #1100 | | Irvine | CA | 92614 |
| Top 20 MH | Pathway Genomics Corporation | 4755 Nexus Center Drive | | | San Diego | CA | 92121 |
| Claims Agent | Prime Clerk LLC | Attn: David M. Smith | 830 3rd Ave FL 9 | | New York | NY | 10022 |
| Top 20 | Primero Systems | PO Box 720490 | | | San Diego | CA | 92172-0490 |
| Counsel for Bank of America Leasing & Capital | Reed Smith LLP | Attn: Marsha A. Houston, Esq. & Christopher O. | 355 South Grand Avenue | Suite 2900 | Los Angeles | CA | 90071 |
| Counsel to Microsoft Corporation and Microsoft | Riddel Williams P.S. | Attn: Travis O. Dailey | 1001 Fourth Avenue | Suite 4500 | Seattle | WA | 98154 |
| Top 20 | SDG & E | PO Box 25110 | | | Santa Ana | CA | 92799-5110 |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY | Attn Bankruptcy Dept | Brookfield Place | 200 Vesey Street Ste 400 | New York | NY | 10281-1022 |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - | Attn Bankruptcy Dept | One Penn Center | 1617 JFK Blvd Ste 520 | Philadelphia | PA | 19103 |
| Counsel to Murray Rosenthal | Seltzer Caplan McMahon Vitek, A Law | Attn: Dennis J. Wickham, Esq. | 750 B Street, Suite 2100 | 2100 Symphony Towers | San Diego | CA | 92101 |
| Counsel to the Prepetition Agent | Seward & Kissel LLP | Attn: John R. Ashmead | One Battery Park Plaza | | New York | NY | 10004 |
| Counsel to UnitedHealthcare Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein, Esq. | One Constitution Plaza | | Hartford | CT | 06103-1919 |
| Counsel to California Physicians' Service dba Blue Shield | Snell & Wilmer L.L.P. | Attn: Michael B. Reynolds & Brett H. Ramsaur | 600 Anton Blvd. | Suite 1400 | Costa Mesa | CA | 92626 |
| Top 20 MH | Solomon Page Group LLC | Attn: Pablo Espinal | P O BOX 75314 | | Chicago | IL | 60675-5314 |
| Top 20 MH | Suna Solutions, Inc. | Attn: Dan DiLullo PHR Director of Operations | 4000 Executive Parkway | Suite 240 | San Ramon | CA | 94583 |

In re Millennium Lab Holdings II, LLC
Core/2002 Service List
Case No. 15-12284(LSS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Top 20 | The Daschle Group | 901 K Street NW | Suite 900 | | Washington | DC | 20001 |
| Counsel for The United States | U. S. Department of Justice | Attn: Ruth A. Harvey, Margaret M. Newell, Leah | 1100 L Street NW, Room 10008 | P. O. Box 875 Ben | Washington | DC | 20044-0875 |
| Secretary of Health and Human Services | U.S. Department of Health & Human | Attn: Sylvia Mathews Burwell | 200 Independence Avenue, S.W. | | Washington | D.C. | 20201 |
| Top 20 MH | United Healthcare | ATTN: Vice Preseident, National Lab Network | 9700 Health Care Lane | | Minnetonka | MN | 55343 |
| United States Department of Justice | United States Attorney's Office | Attn: Douglas J. Rosenthal and Augustine M. Ripa | Fraud Section, Civil Division | Patrick Henry Building, 601 D Street NW | Washington | DC | 20004 |
| United States Department of Justice | United States Attorney's Office | Attn: George B. Henderson, II and Abraham R. George | John Joseph Moakley U.S. Courthouse | 1 Courthouse Way Suite 9200 | Boston | MA | 02210 |
| Counsel to the United States | United States Department of Justice | Attn: Margaret M. Newell | 1100 L Street, N.W. | Room 10060 | Washington | DC | 20005 |
| Counsel to the United States | United States Department of Justice | Attn: Margaret M. Newell | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Washington State Office of the Attorney General | Washington State Office of the Attorney General | Attn: Sarah Parkman; Assistant Attorney General | 1125 Washington Street SE | PO Box 40100 | Olympia | WA | 98504-0100 |
| Top 20 MH | Zempleo Inc | Attn: Accounts Receivable Department | 4000 Executive Parkway | Suite 240 | San Ramon | CA | 94583 |
| Counsel to Debtor | | | | | | | |
| Counsel to Debtor | | | | | | | |