# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MILLENNIUM LAB HOLDINGS II, LLC, et al., | : | Case No. 15-12284 (LSS) |
| Debtors.[1] | : | Jointly Administered |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 17, 2015 AT 3:00 P.M. (EASTERN)[3]

Set forth below are the matters scheduled to be heard before the Honorable Judge Laurie Selber Silverstein, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware, on December 17, 2015 beginning at 3:00 p.m. (prevailing Eastern Time).

**I.    MATTERS GOING FORWARD**

1.   Opt-Out Lenders' Emergency Motion For Certification Of Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2) (Docket No. 203) (Filed 12/14/15)

   Related Documents:

   a.   Order Under 11 U.S.C. §§ 102(1) And 105(a), Fed. R. Bankr. P. 9006 And Bankr. D. Del. L.R. 9006-1(e) Shortening Notice (I) Scheduling/Status Conference On Opt-Out Lenders Emergency Motion For Certification Of Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2) And (II) Scheduling Hearing On Motion Of The Opt-Out Lenders For Stay Pending Appeal Of Order Confirming Amended Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC et al. (Docket No. 211) (Filed 12/16/15)

   Objections/Responses Filed:

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California 92127.

[2]   **Items that differ from the previous version of the Agenda appear in bold.**

[3]   Parties wishing to participate in the hearing telephonically must contact the Court's conference call provider, CourtCall, by phone (866-582-6878) or by facsimile (866-533-2946).

      a.      None at this time.

      Status:      This matter is going forward as a scheduling/status conference only.

2. Motion Of The Opt-Out Lenders For Stay Pending Appeal Of Order Confirming Amended Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC, et al. (Docket No. 204) (Filed 12/14/15)

   Related Documents:

   a. Notice of Appeal (Docket No. 202) (Filed 12/14/15)

   b. Order Temporarily Staying Confirmation Order (Docket No. 209) (Filed 12/15/15)

   c. Order Under 11 U.S.C. §§ 102(1) And 105(a), Fed. R. Bankr. P. 9006 And Bankr. D. Del. L.R. 9006-1(e) Shortening Notice (I) Scheduling/Status Conference On Opt-Out Lenders Emergency Motion For Certification Of Direct Appeal To The United States Court Of Appeals For The Third Circuit Pursuant To 28 U.S.C. § 158(d)(2) And (II) Scheduling Hearing On Motion Of The Opt-Out Lenders For Stay Pending Appeal Of Order Confirming Amended Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC et al. (Docket No. 211) (Filed 12/16/15)

   Objection Deadline: December 16, 2015 at 4:00 p.m. (Eastern); replies due December 17, 2015 at 11:00 a.m. (Eastern)

   Objections/Responses Filed:

   a. Ad Hoc Consortium Of Secured Lenders' Objection To Voya's Motion For Stay Pending Appeal Of Confirmation Order (Docket No. 212) (Filed 12/16/15)

   b. Debtors' Opposition To Voya's Motion For Stay Pending Appeal Of Confirmation Order (Docket No. 213) (Filed 12/16/15)

   c. **Reply In Further Support Of The Opt-Out Lenders' Motion For Stay Pending Appeal Of Order Confirming Amended Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC, et al. (Docket No. 220) (Filed 12/17/15)**

   Status: This matter is going forward.

Dated: Wilmington, Delaware
December 17, 2015

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

        */s/ Jason M. Liberi*
        Anthony W. Clark (I.D. No. 2051)
        Jason M. Liberi (I.D. No. 4425)
        One Rodney Square
        P.O. Box 636
        Wilmington, Delaware 19899-0636
        Telephone: (302) 651-3000
        Fax: (302) 651-3001

        - and -

        Kenneth S. Ziman
        Raquelle L. Kaye
        Four Times Square
        New York, New York 10036-6522
        Telephone: (212) 735-3000
        Fax: (212) 735-2000

        - and -

        Felicia Gerber Perlman
        Matthew N. Kriegel
        155 N. Wacker Drive
        Chicago, Illinois 60606-1720
        Telephone: (312) 407-0700
        Fax: (312) 407-0411

        *Counsel for Debtors and Debtors in Possession*

778665-WILSR01A - MSW