# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MILLENNIUM LAB HOLDINGS II, LLC |
| **Case Number:** | 15-12284-LSS     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 17, 2015 03:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | CACIA BATTS |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Hearing on Motion for stay pending appeal and Status Conference on Emergency Motion for Clarification

**R / M #:**   221 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held and continued to 12/18/15 at 11:00 a.m.