IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------- x
: Chapter 11
In re: :
: Case No. 15-12284 (LSS)
MILLENNIUM LAB HOLDINGS II, LLC, et al., :
: Jointly Administered
Debtors.[1] :
: **Related D.I. 195, 203, 204, 209, 213, 220**
------------------------------------- x

**ORDER DENYING MOTION OF THE OPT-OUT LENDERS FOR STAY PENDING APPEAL OF ORDER CONFIRMING AMENDED PREPACKAGED JOINT PLAN OF REORGANIZATION OF MILLENNIUM LAB HOLDINGS II, LLC, *ET AL.*__**

Upon the Court's consideration of the Motion of the Opt-Out Lenders For Stay Pending Appeal of Order Confirming Amended Prepackaged Joint Plan Of Reorganization Of Millennium Lab Holdings II, LLC, et al. [D.I. 204] (the "Stay Motion"); and upon consideration of the Debtor's and the Ad Hoc Consortium's objections to the Stay Motion [D.I. 212 and 213]; and upon consideration of the Opt-Out Lenders' reply in support of the Stay Motion [D.I. 220]; and upon the record of the confirmation hearing proceedings [D.I. 190; transcript]; and for the reasons set forth by the Court on the record at the hearing held on December 11, 2015 [D.I. 206; transcript]; and upon consideration of the arguments of counsel at the hearing held on December 17, 2015 to consider the Stay Motion; and for the reasons set forth by the Court on the record at the hearing held on December 18, 2015; and good and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California, 92127.

## ORDERED, ADJUDGED, AND DECREED THAT:

1. The Stay Motion is DENIED.

2. This Court's Order Temporarily Staying Confirmation Order [D.I. 209] is vacated in its entirety, and the temporary stay imposed by that order is no longer in effect.

3. This Court shall retain jurisdiction to hear and resolve any disputes arising from or related to the interpretation and/or implementation of this Order.

Dated: Wilmington, Delaware
       December 18, 2015

/s/ Laurie Selber Silverstein
The Honorable Laurie Selber Silverstein
UNITED STATES BANKRUPTCY JUDGE