# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MILLENNIUM LAB HOLDINGS II, LLC |
| **Case Number:** | 15-12284-LSS   **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 18, 2015 11:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | CACIA BATTS |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Hearing on Motion for stay pending appeal

**R / M #:**   0 / 0

## *Appearances:*

ANTHONY W. CLARK, ATTORNEY FOR MILLENNIUM LAB HOLDINGS II, LLC

## *Proceedings:*

Hearing Held.
Agenda Items:
#1- Hearing scheduled for 12/30 at 2:00 p.m.
#2- order signed denying stay