IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
                                   :
In re:                             :    Chapter 11
                                   :
MILLENNIUM LAB HOLDINGS II, LLC, et al.,  :    Case No. 15-12284 (LSS)
                                   :
         Debtors.[1]               :    Jointly Administered
                                   :
---------------------------------- x

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING
AMENDED PREPACKAGED JOINT PLAN OF REORGANIZATION OF
MILLENNIUM LAB HOLDINGS II, LLC, ET AL., AND
(II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.　**Plan Confirmation.** On December 14, 2015, this Court entered an order (the "Confirmation Order") (Docket No. 195) confirming the Debtors' amended prepackaged joint plan of reorganization (the "Plan") (Docket No. 182).[2]

2.　**Copies of Plan and Confirmation Order.** The Confirmation Order, the Plan, and the other documents filed in these cases are available free at https://cases.primeclerk.com/millenniuminfo/Home-DocketInfo or for a nominal fee at https://ecf.deb.uscourts.gov/ (with use of a PACER account).

3.　**Effective Date.** On December 18, 2015, the Effective Date of the Plan occurred. All conditions precedent to the Effective Date set forth in section VIII.B of the Plan have been satisfied or waived.

4.　**Executory Contracts and Unexpired Leases.** Except as otherwise provided in the Plan, or in any contract, instrument, release, or other agreement or document entered into in connection with the Plan, as of the date hereof, the Debtors are deemed to have assumed each Executory Contract and Unexpired Lease to which it is a party in accordance with, and subject to, the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, unless such Executory Contract or Unexpired Lease expired or terminated pursuant to its own terms prior to the date hereof.

---

[1]　The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Millennium Lab Holdings II, LLC (5299); Millennium Health, LLC (5558); and RxAnte, LLC (0219). The Debtors' address is 16981 Via Tazon, San Diego, California, 92127.

[2]　Capitalized terms used but not defined herein have the meanings assigned to them in the Confirmation Order or, if not used therein, in the Plan.

5. **Professional Fee Claims.** All final requests for payment of Professional Fee Claims (the "Final Fee Applications") must be filed no later than forty-five (45) days after the Effective Date. Objections, if any, to Final Fee Applications of such Professionals must be filed and served on the Reorganized Debtors and on the requesting Professional by the later of (a) 60 days after the Effective Date or (b) 30 days after the filing of the applicable Final Fee Application. After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior orders of the Court, the Allowed amounts of such Professional Fee Claims shall be determined by the Court. From and after the Effective Date, any requirements that professionals comply with sections 327 through 331 of the Bankruptcy Code or any order previously entered by the Court in seeking retention or compensation for services rendered or expenses incurred after such date shall terminate.

Dated: Wilmington, Delaware
December 18, 2015

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jason M. Liberi*
Anthony W. Clark (I.D. No. 2051)
Jason M. Liberi (I.D. No. 4425)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
Raquelle L. Kaye
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

- and -

Felicia Gerber Perlman
Matthew N. Kriegel
155 N. Wacker Drive
Chicago, Illinois 60606-1720
Telephone: (312) 407-0700
Fax: (312) 407-0411

Counsel for Debtors and Debtors in Possession