# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MILLENNIUM LAB HOLDINGS II, LLC |
| **Case Number:** | 15-12284-LSS   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 30, 2015 11:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | CACIA BATTS |
| **Reporter / ECR:** | AL LUGANO |

## *Matter:*

Emergency Motion for Certification of Direct Appeal to the United States Court of Appeals for the Third Circuit

**R / M #:** 244 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Taken Under Advisement