# Lowenstein Sandler LLP

**Sharon L. Levine**
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 2374
F  973 597 2375
slevine@lowenstein.com

December 30, 2015

**VIA CM/ECF**

Honorable Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, Delaware 19801

Re:   **In re Millennium Lab Holdings II, LLC, et al.**, Case No. 15-12284 (LSS)
      **Citation to Unreported Authority**

Dear Judge Silverstein:

Further to this morning's hearing in the above-styled matter, we write with respect to Judge Walrath's decision in In re Signal International, Inc., *et al.*, Case No. 15-11498 (MFW). Judge Walrath entered an order (the "Signal Confirmation Order") confirming Signal's chapter 11 plan of liquidation (the "Signal Plan") on November 24, 2015. For the Court's convenience, we attach hereto copies of the Signal Confirmation Order, the Signal Plan, and the certification with respect to votes cast on the Signal Plan (the "Signal Voting Declaration") [Case No. 15-11498, D.I. 529] as **Exhibits A**, **B**, and **C**, respectively.

The third-party releases of non-debtors' claims against other non-debtors in Signal expressly bound only (1) Class 4 litigation creditors and (2) Class 5 general unsecured creditors that voted to accept the Signal Plan *and* did not opt out of the releases. See Signal Plan, Art. XI.H. As Judge Walrath found in the Signal Confirmation Order, 100% of the voting Class 4 creditors voted to accept the Signal Plan. See Signal Confirmation Order, ¶ I.2.g; Signal Voting Declaration, Ex. A-1 (indicating that 305 of 305 voting Class 4 creditors voted to accept the Signal Plan).

Given (a) the unanimous acceptance of the Signal Plan by the creditors in Class 4 and (b) the requirement that, to be bound by the non-debtor releases in the Signal Plan, creditors in Class 5 had to both vote to accept the Signal Plan *and* not opt out of the releases, it is clear that the non-

Honorable Laurie Selber Silverstein　　　　　　　　　　　　　　　　December 30, 2015
Page 2

debtor releases in the Signal Plan were fully consensual, consistent with Judge Walrath's prior decisions.

Should Your Honor have any questions or concerns regarding this matter, kindly have a member of the Court's staff contact the undersigned our our Delaware counsel.

Respectfully submitted,

*/s/ Sharon L. Levine*

Sharon L. Levine

31170/3
12/30/15 41722307.1

Enclosure(s)

cc:　　Christopher Samis, Esq.
　　　　L. Katherine Good, Esq.
　　　　Anthony Clark, Esq.