# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MILLENNIUM LAB HOLDINGS II, LLC |
| **Case Number:** | 15-12284-LSS        **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MAY 04, 2016 11:00 AM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Omnibus

**R / M #:**   340 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed
#2 - Matter Under Advisement - Further submissions due May 13 and May 20